```
                                                                W.D.N.Y.
                                                              22-cv-6092
                                                               Geraci, J.
```

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of March, two thousand twenty-three.

Present:
    Debra Ann Livingston,
        *Chief Judge,*
    Rosemary S. Pooler,
    Robert D. Sack,
        *Circuit Judges.*

---

Lawrence Perez,

    *Plaintiff-Appellant,*

v.                                                                                       22-2713

Janice Jones, et al.,

    *Defendants-Appellees.*

---

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

                                                               FOR THE COURT:
                                                                Catherine O'Hagan Wolfe, Clerk of Court

